# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BALTIMORE LIFE INSURANCE COMPANY,<br><br>           Plaintiff,<br><br>      v.<br><br>EMILY P. TORRES, et al.,<br><br>           Defendants. | Case No.  1:21-cv-01001-DAD-SAB<br><br>ORDER RE STATUS OF ACTION<br><br>FIVE DAY DEADLINE |

      Plaintiff Baltimore Life Insurance Company filed this action on June 24, 2021.  (ECF No. 1.)  On the same date, new case documents were issued setting the mandatory scheduling conference in this action for September 30, 2021.  (ECF No. 4.)  On July 1, 2021, summons were returned executed as to the Defendants.  (ECF Nos. 5, 6, 7.)  However, on July 19, 2021, a waiver of service was returned executed as to all Defendants.  (ECF No. 8.)  Accepting the waiver of service as the operative document, pursuant to Rule 12 of the Federal Rules of Civil Procedure, responsive pleadings were due sixty days after the request for a waiver was sent.  Fed. R. Civ. P. 12(a)(1)(A)(ii).  According to the document, the request for waiver was sent on June 29, 2021.  (ECF No. 8.)  More than sixty days have passed and no responsive pleadings, no stipulation to extend the time for Defendants to respond to the complaint, and no requests for entry of default have been filed.

/ / /

Accordingly, IT IS HEREBY ORDERED that within **five days** of the date of entry of this order, Plaintiff shall either file a request for entry of default or notice regarding the status of this action.

IT IS SO ORDERED.

Dated: **September 16, 2021**

UNITED STATES MAGISTRATE JUDGE