# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BALTIMORE LIFE INSURANCE COMPANY, | Case No. 1:21-cv-01001-DAD-SAB |
| Plaintiff, | ORDER RE STATUS OF ACTION AND CONTINUING SCHEDULING CONFERENCE |
| v. | THIRTY DAY DEADLINE |
| EMILY P. TORRES, et al., | |
| Defendants. | |

Plaintiff Baltimore Life Insurance Company filed this action on June 24, 2021. (ECF No. 1.) On the same date, new case documents were issued setting the mandatory scheduling conference in this action for September 30, 2021. (ECF No. 4.) Given the approaching scheduling conference and the fact no responsive pleading nor request for entry of default has been filed, on September 16, 2021, the Court ordered Plaintiff to either file a request for entry of default or notice regarding the status of this action. (ECF No. 11.)

On September 21, 2021, Plaintiff filed a status report. (ECF No. 11.) Plaintiff proffers that it issued a policy of insurance payable upon the death of the insured, who passed away on December 11, 2020. (Id. at 2.) However, given there is no clear owner or beneficiary, Plaintiff is unable to issue payment without exposing itself to liability from competing claims, and thus Plaintiff will seek leave to serve possible unknown claimants by publication, permission to deposit the policy proceeds into a registry of the Court, and dismissal of Plaintiff once the claims

are deposited. (Id.) Since the filing of this action and serving the named Defendants, the parties have been discussing possible resolution with the known possible claimants, and Plaintiff has been seeking the information as to possible unknown claimants. (Id.) Plaintiff anticipates bringing the motion for leave to amend and/or serve unknown claimants by publication within the next thirty (30) days, and requests continuance of the scheduling conference until the motion is decided, such that any unknown claimants may be given an opportunity to appear before the parties proceed with the contemplated resolution discussed with Defendants.

The Court finds good cause to continue the scheduling conference based on the Plaintiff's status report, and shall order Plaintiff to either file the anticipated motion or provide a status report to the Court within thirty (30) days.

Accordingly, IT IS HEREBY ORDERED that:

1. Within thirty (30) days, Plaintiff shall file any motion to amend and/or motion to serve unknown claimants by publication, or file a status report informing the Court of the status of this action;

2. The scheduling conference set for September 30, 2021, is CONTINUED to **January 4, 2022, at 10:30 a.m.** in Courtroom 9; and

3. The parties shall file a joint scheduling report **seven (7) days** prior to the scheduling conference.

IT IS SO ORDERED.

Dated:   **September 22, 2021**

UNITED STATES MAGISTRATE JUDGE

2