# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BALTIMORE LIFE INSURANCE COMPANY, | Case No. 1:21-cv-01001-DAD-SAB |
| Plaintiff, | ORDER RE STATUS OF ACTION AND CONTINUING SCHEDULING CONFERENCE |
| v. | (ECF Nos. 14, 16, 17) |
| EMILY P. TORRES, et al., | |
| Defendants. | |

Plaintiff Baltimore Life Insurance Company filed this action on June 24, 2021.  (ECF No. 1.)  On the same date, new case documents were issued setting the mandatory scheduling conference in this action for September 30, 2021.  (ECF No. 4.)  On September 16, 2021, the Court ordered Plaintiff to either file a request for entry of default or notice regarding the status of this action.  (ECF No. 11.)  Based on the status report, the Court ordered that Plaintiff file, within thirty (30) days, any motion to amend and/or motion to serve unknown claimants by publication, and continued the scheduling conference until January 4, 2022.  (ECF No. 12.)  On November 22, 2021, the Court granted Plaintiff's motion for leave to amend and granted Plaintiff's motion to serve by publication.  (ECF No. 14.)  The Court ordered that: "Plaintiff shall publish this order in a newspaper of general circulation in Kern County and an additional newspaper of national circulation once a week for six consecutive weeks, with the first publication to be made within **fourteen (14) days of the date of entry of this order.**"  (ECF No. 14 at 11.)  On December 20,

1  2021, the scheduling conference was reset for March 3, 2022.  (ECF No. 16.)

2  On February 24, 2022, Plaintiff filed what is entitled a joint scheduling report.  (ECF No.

3  17.)  Plaintiff proffers that since the Court's order granting service by publication, Plaintiff has

4  published the order in a regional newspaper for the required time period.  (Id. at 2.)  However,

5  Plaintiff states that "the prices quoted for publishing the Court's entire 11-page order in national

6  papers have been exorbitant, ranging from $24,000 to over $200,000. This action concerns a

7  policy whose benefit is itself roughly $200,000."  (Id.)  Plaintiff states in light of these costs,

8  they are preparing a motion for relief from the prior order, requesting excuse from national

9  publication or that a shortened order be prepared for publication.  (Id.)  Plaintiff proffers the

10  motion may absolve further obligation, or require an additional three months to allow publication

11  and time for a response from successors.  (Id.)  Plaintiff requests the scheduling conference be

12  continued to the hearing date for the forthcoming motion, which Plaintiff anticipates filing within

13  one week.  (Id.)

14  The Court notes that the language in the November 22, 2021 order requiring publication

15  of the entire order was provided in Plaintiff's proposed order that accompanied the filed motion.

16  (ECF No. 13-4 at 2.)  It is unclear why Plaintiff has waited until this late hour to inform the

17  Court of the inability to comply with the Court's order granting service by publication.  Given

18  the costs of national publication, the prudent action would have been to immediately seek

19  clarification or amendment of the previous order to either allow for publication of only a section

20  of the order, to propose another truncated form referencing the case and providing necessary

21  information to include in the publication, or other action.  The Court takes no position on the

22  forthcoming motion for relief.  The Court shall continue the scheduling conference for a period

23  of approximately 120 days and declines to set the scheduling conference on the same date as the

24  hearing on the motion for relief, as there are no other parties appearing in this action and thus the

25  case is not ready for scheduling.  Plaintiff shall appropriately set any motion for relief for

26  hearing, and shall file any such motion within seven (7) days.

27  / / /

28  / / /

Accordingly, IT IS HEREBY ORDERED that:

1.      Plaintiff shall file any motion for relief from the Court's order granting service by publication within seven (7) days of entry of this order;

2.      The scheduling conference set for March 3, 2022, is CONTINUED to **July 7, 2022, at 9:30 a.m.** in Courtroom 9; and

3.      The parties shall file a joint scheduling report **seven (7) days** prior to the scheduling conference.

IT IS SO ORDERED.

Dated:    **February 25, 2022**

UNITED STATES MAGISTRATE JUDGE