# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BALTIMORE LIFE INSURANCE COMPANY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>EMILY P. TORRES, et al.,<br><br>　　　　Defendants. | Case No. 1:21-cv-01001-DAD-SAB<br><br>ORDER VACATING MAY 4, 2022 HEARING ON PLAINTIFF'S MOTION FOR RELIEF FROM PRIOR ORDER<br><br>(ECF Nos. 21, 23) |

Currently before the Court is Plaintiff's motion for relief from prior order, currently set for hearing on May 4, 2022. (ECF Nos. 21, 23.) Having considered the moving papers, the arguments presented at the April 13, 2022 hearing, the supplemental briefing filed on April 27, 2022, as well as the Court's file, the Court finds this matter suitable for decision without further oral argument. See Local Rule 230(g). Accordingly, the continued hearing set for May 4, 2022, will be vacated and the parties will not be required to appear at that time.

///

///

///

///

///

1

Accordingly, IT IS HEREBY ORDERED that the hearing on Plaintiff's motion for relief from prior order set for May 4, 2022, at 10:00 a.m. in Courtroom 9, is HEREBY VACATED.

IT IS SO ORDERED.

Dated: __**May 3, 2022**__

UNITED STATES MAGISTRATE JUDGE

2