# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BALTIMORE LIFE INSURANCE COMPANY,<br><br>  Plaintiff,<br><br>  v.<br><br>EMILY P. TORRES, et al.,<br><br>  Defendants. | Case No.  1:21-cv-01001-DAD-SAB<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE AND GRANTING REQUEST TO EXTEND TIME TO FILE DISPOSITIONAL DOCUMENTS<br><br>(ECF Nos. 26, 27, 28)<br><br>DEADLINE: JUNE 14, 2022 |

Plaintiff Baltimore Life Insurance Company initiated this interpleader action on June 24, 2021, naming Defendants Emily P. Torres, individually and as Trustee for the Torres Revocable Living Trust; Joe R. Torres, Jr.; and Jerry R. Torres.  (ECF No. 1.)  On May 4, 2022, the Court issued an order granting Plaintiff relief from the national publication requirement of its November 22, 2021 order, vacating all matters, and requiring Plaintiff to file dispositional documents within twenty-one days of entry of the Court's order.  (ECF No. 26.)  Because Plaintiff did not file dispositional documents by the deadline to do so, on May 26, 2022, the Court ordered Plaintiff to show cause why monetary sanctions should not issue.  (ECF No. 27.)

On May 31, 2022, Plaintiff's counsel submitted a declaration in response to the order to show cause.  (ECF No. 28.)  Plaintiff's counsel proffers that by May 25, 2022, the parties had not yet signed the settlement agreement and thus Plaintiff was unable to file the dispositional documents by the deadline.  Plaintiff states that as of May 31, 2022, the settlement agreement has been circulated, but Defendants' counsel is traveling and it may take time to obtain

signatures.  Therefore, Plaintiff requests the deadline to file dispositional documents be extended until June 14, 2022.  The Court finds good cause to grant the requested extension.

Accordingly, IT IS HEREBY ORDERED that:

1. The May 26, 2022 order to show cause is DISCHARGED;
2. The Plaintiff's request to extend the time to file dispositional documents (ECF No. 28) is GRANTED; and
3. Plaintiff shall file dispositional documents on or before June 14, 2022.

IT IS SO ORDERED.

Dated:   **June 1, 2022**

UNITED STATES MAGISTRATE JUDGE